NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL A. BRUZZONE, RELATOR ORIGINAL SOURCE,**
*Plaintiff-Appellant,*

**v.**

**INTEL CORPORATION AND ARM, INC.,**
*Defendants-Appellees.*

---

2014-1608

---

Appeal from the United States District Court for the Northern District of California in Nos. 3:14-cv-01279-WHA and 3:14-cv-03729-WHA, Judge William H. Alsup.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, DYK AND MOORE, *Circuit Judges.*

PER CURIAM.

## O R D E R

Intel Corporation moves to dismiss this appeal for lack of jurisdiction.  Michael A. Bruzzone moves for leave to proceed in forma pauperis.

Bruzzone appeals from the United States District Court for the Northern District of California's dismissal of his action for failure to file an amended complaint. In his original complaint, Bruzzone filed a *qui tam* action against Intel Corporation as a relator under the False Claims Act, 31 U.S.C. §§ 3729–3733. This court is a court of limited jurisdiction, which does not include jurisdiction in this matter. 28 U.S.C. § 1295.

Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is denied.

(2) The appeal and all pending motions are transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26